SAMUEL T. FLETCHER, *Plaintiff in Error*, v. TAMPA ELEC-
TRIC COMPANY, A CORPORATION, *Defendant in Error.*

Decision Filed August 10, 1921.

A Writ of Error to the Circuit Court for Hillsborough
County; F. M. Robles, Judge.

*Hilton S. Hampton,* for Plaintiff in Error;

*Knight, Thompson* and *Turner,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitter to the Court upon the transcript of the record of the
judgment aforesaid and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said judgment; it is, therefore, considered,
ordered and adjudged by the Court that the said judgment
of the Circuit Court be, and the same is hereby affirmed.

All concur.